# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B.,<br><br>                Plaintiff,<br><br>       v.<br><br>COUNTY OF KERN, et al.,<br><br>                Defendants. | Case No.  1:20-cv-01337-NONE-SAB<br>New Case No.  1:20-cv-01337-NONE-JLT<br><br>ORDER REASSIGNING CASE TO MAGISTRATE JUDGE JENNIFER L. THURSTON |

On September 18, 2020, this action was removed from the Superior Court of California, Kern County to the Eastern District of California.  The incident upon which the complaint is based is an arrest that occurred in Kern County.

Pursuant to the Local Rules all civil actions where the defendants reside in Inyo and Kern counties shall be directly assigned to the Magistrate Judge sitting in Bakersfield.  See Appendix A(l)(4).  Upon review of the complaint in this action, it appears to the undersigned, the magistrate judge to whom this case is presently assigned, that this case should be assigned to the magistrate judge sitting in Bakersfield, California.

IT IS THEREFORE ORDERED:

1. This case shall be reassigned to the docket of United States Magistrate Judge Jennifer L. Thurston by the Clerk's Office;

2. The new case number shall be:

1

1:20-cv-01337-NONE-JLT

and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer;

3. The scheduling conference set for November 23, 2020 at 11:30 a.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone is vacated.

IT IS SO ORDERED.

Dated:   **September 21, 2020**

UNITED STATES MAGISTRATE JUDGE

2