1  **MARGO A. RAISON, COUNTY COUNSEL**
2  **By: Kathleen Rivera, Deputy (SBN 211606)**
   **Kern County Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, CA 93301**
4  **Telephone 661-868-3800**
   **Fax 661-868-3805**
5
6  **Attorneys for Defendant County of Kern**

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10 | A.B.,                              | ) Case No.: 1:20-CV-01337-None-JLT
11 |                                    | )
   |             **Plaintiff,**         | ) JOINT STIPULATION EXTENDING
12 | v.                                 | ) TIME TO RESPOND TO COMPLAINT
   |                                    | ) AND [PROPOSED] ORDER
13 | COUNTY OF KERN, DEPUTY             | ) (Doc. 8)
   | MICHAEL CLARK and DOES 1 to 100,   | )
14 | inclusive                          | )
   |                                    | )
15 |                                    | )
   |            **Defendants.**         | )
16 |                                    | )
   |                                    | )
17

18                          **JOINT STIPULATION**

19      COME NOW the parties to this action jointly, through their respective attorneys of
20 record, and stipulate as follows:
21
        1.   Plaintiff A.B filed a complaint in the Kern County Superior Court on August
22
   18, 2020;
23
        2.   Defendants removed the matter to federal court on September 19, 2020.
24
25      3.   The current deadline for Defendants to move to dismiss or otherwise respond
26 to the Complaint is September 25, 2020;
27                                          1

28 Stipulation to Extend Time to File a Responsive Pleading to Complaint        1:20-CV-01337-None-JLT

4. Counsel for Defendants have begun the meet and confer process with Plaintiff's counsel regarding Defendants' proposed motions to dismiss, however the meet and confer process will not be completed prior to the deadline of September 25th for Defendants to respond to the Complaint. All parties would benefit from additional time to complete the meet and confer process;

5. NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendants that the deadline for all Defendants to move to dismiss, answer, or otherwise respond to the Complaint shall be extended to and including October 9, 2020.

SO STIPULATED.

Dated: September 25, 2020                ERICKSEN ARBUTHNOT

                                         By:   /s/Michael Lehman
                                                Michael Lehman,
                                                Attorney for Michael Clark

Dated: September 25, 2020                RODRIGUEZ & ASSOCIATES

                                         By:   /s/Danay Gonzalez
                                                Danay Gonzaelz
                                                Attorneys for Plaintiff A.B.

Dated: September 25, 2020                MARGO A. RAISON, COUNTY COUNSEL

                                         By:   /s/Kathleen Rivera
                                                Kathleen Rivera, Deputy
                                                Attorneys for Defendants County
                                                of Kern

As the filer of this document, I, Kathleen Rivera, attest that all counsel have authorized me to attach their electronic signature to this document on September 24, 2020.
//
//

[~~PROPOSED~~] ORDER

The court, having considered the stipulation of the parties to extend the time for all defendants to respond to Plaintiff's Complaint, hereby ORDERS that the deadline for all defendants to respond to Plaintiff's Complaint is on or before October 9, 2020.

IT IS SO ORDERED.

Dated:   **September 25, 2020**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE