**MARGO A. RAISON, COUNTY COUNSEL**
By: Kathleen Rivera, Deputy (SBN 211606)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendant County of Kern

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., | Case No.: 1:20-CV-01337-None-JLT |
| Plaintiff, | ORDER GRANTING STIPULATION TO CONTINUE THE HEARING ON THE MOTION FOR RELIEF FROM THE TORT CLAIMS FILING REQUIREMENT |
| v. | (Doc. 15) |
| COUNTY OF KERN, DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive | |
| Defendants. | |

Based upon the stipulation of counsel, the hearing on the Petition for Relief from Government Tort Claim Requirements (Doc. 11) is CONTINUED to November 10, 2020 at 10:15 a.m. The hearing will remain on calendar and counsel should be prepared to appear. The Court will vacate the hearing **only if** after reviewing the papers, it appears that argument is not needed.

IT IS SO ORDERED.

Dated:  **October 15, 2020**          /s/ Jennifer L. Thurston
                        UNITED STATES MAGISTRATE JUDGE

---

1

Stipulation to Continue the Hearing Date on Plaintiff's Petition for Relief from Government Tort Claim Requirements, 1:20-CV-01337-None-JLT